UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SCHOFIELD, | |
| | 2:06-cv-00117-GEB-GGH |
| Plaintiff, | |
| v. | ORDER |
| METLIFE, INC., d/b/a METROPOLITAN LIFE INSURANCE COMPANY; KAISER FOUNDATION HEALTH PLAN INC., KAISER PERMANENTE INTERNATIONAL, d/b/a KAISER PERMANENTE, | |
| Defendants. | |

The parties shall discuss the issues in the Ninth Circuit's remand order for the purpose of trying to agree on a proposed order addressing those issues. If agreement is reached, a stipulated proposed order addressing those issues shall be filed no later than December 15, 2008. If agreement is not reached, Plaintiff shall file any document she opines addresses the issues (including a proposed order) no later than December 31, 2008;

1

1  Defendants response and proposed order shall be filed no later than
2  January 14, 2009; and, Plaintiff's reply shall be filed no later
3  than January 21, 2009.  The hearing shall commence at 9:00 a.m. on
4  February 9, 2009.
5        IT IS SO ORDERED.
6  Dated:  November 25, 2008

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge